[No. 655-3.    Division Three.    April 6, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES K. JURY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3414, Felix Rea, J., entered May 26, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.